MINUTE ENTRY
AFRICK, J.
February 5, 2025
JS-10 00:05

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 25-01 |
| DANIEL WAYNE CALLIHAN | SECTION I |

## MINUTE ENTRY

On February 5, 2025, the Court held a telephone status conference with counsel for defendant Daniel Wayne Callihan ("defendant") and counsel for the government participating. The Court and the parties discussed defendant's competency to proceed.

On February 6, 2025, the parties advised the Court of their availability for a competency hearing. The government also advised the Court that the U.S. Attorney General is ordering a review of all decisions not to seek the death penalty in pending cases charged between January 20, 2021 and January 19, 2025. Accordingly, the government cannot proceed with this matter until a review in this case is completed. Accordingly,

**IT IS ORDERED** that a competency hearing is set in this matter for **February 21, 2025 at 8:30 A.M**.

**IT IS FURTHER ORDERED** that the pretrial conference currently scheduled for February 12, 2025 is **CANCELLED** to be rescheduled at a later date.

New Orleans, Louisiana, February 6, 2025.

                                                **LANCE M. AFRICK**
                                        **UNITED STATES DISTRICT JUDGE**