UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   25-1 |
| VERSUS | SECTION "I" |
| DANIEL WAYNE CALLIHAN | VIOLATION: 18 U.S.C.§ 1201(a)(1), 18 U.S.C.§ 2423(a) |

## NOTICE OF COMPETENCY HEARING

Take Notice that this criminal case has been set for **COMPETENCY HEARING** on **FEBRUARY 21, 2025** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

  **IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING** PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

| | |
|---|---|
| Date:   February 10, 2025 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Daniel Wayne Callihan   **(CUSTODY)** | AUSA:   Jordan Ginsberg, Sarah Dawkins |
| Counsel for defendant:<br>Annalisa Miron, AFPD | S/A Susan Corie White, FBI |
| Maura Doherty, AFPD | U.S. Marshal<br>U.S. Probation Office |
| Kerry P. Cuccia<br>3606 Canal Street<br>New Orleans, LA 70119<br>Email: kerryc@capitald.org | U.S. Probation Office - Pretrial Services Unit<br><br>**JUDGE**<br><br>**MAGISTRATE** |
| **If you change address, notify clerk of court by phone, 589-7752** | COURT REPORTER COORDINATOR<br>INTERPRETER:   **NONE** |