MINUTE ENTRY
AFRICK, J.
February 13, 2025
JS-10 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 25-01 |
| DANIEL WAYNE CALLIHAN | SECTION I |

### MINUTE ENTRY

On this date, the Court held a telephone status conference with counsel for defendant Daniel Wayne Callihan ("defendant") and counsel for the government participating. The Court and the parties discussed the scheduling and procedure for the competency hearing scheduled for Friday, February 21, 2025 at 8:30 AM. Pursuant to the discussion at the conference,

**IT IS ORDERED** that the competency hearing in this matter shall proceed as scheduled.

**IT IS FURTHER ORDERED** that counsel for defendant shall provide Dr. DeLand with all outstanding supplemental medical records for her review before the competency hearing.

New Orleans, Louisiana, February 13, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE