UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 25-01** |
| **DANIEL WAYNE CALLIHAN** | **SECTION I** |

## ORDER

Considering the schedule of the Court's ongoing trial in another matter,

**IT IS ORDERED** that the competency hearing previously scheduled for February 21, 2025 at 8:30 AM is **RESCHEDULED** to **February 21, 2025 at 9:15 AM**.

New Orleans, Louisiana, February 20, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**