UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 25-01 |
| DANIEL WAYNE CALLIHAN | SECTION I |

### ORDER

Before the Court is the government's unopposed motion[1] to continue the pretrial conference and trial in the above-captioned matter. The motion states that, on February 5, 2025, the U.S. Attorney General issued a memorandum directing the Attorney General's Capital Review Committee to review prior decisions in all pending capital-eligible cases charged between January 20, 2021, and January 19, 2025 within 120 days.[2] That review process is still pending, and the government argues that it will need additional time after the review is completed to consider next steps in this matter.[3]

Accordingly, the Court finds that the ends of justice are served by a continuance of the above-captioned matter and that those interests outweigh the best interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). In particular, the Court finds that a continuance will ensure that the parties have "reasonable time necessary for effective preparation" in this matter and will allow the Court to avoid a possible "miscarriage of justice" in denying the

---

[1] R. Doc. No. 51.
[2] *Id.* at 1–2.
[3] *Id.* at 2.

defendant an opportunity to engage in conversations with the government. *Id.* § 3161(h)(7)(B)(i), (iv). The period of delay resulting from the granting of this continuance shall be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. Having so concluded,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial is continued to **JULY 28, 2025 at 8:30 A.M.** and the pretrial conference is continued to **JUNE 25, 2025** at **3:00 P.M**.

New Orleans, Louisiana, February 25, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE