UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   25-1 |
| VERSUS | SECTION "I" |
| DANIEL WAYNE CALLIHAN | VIOLATION: 18 U.S.C.§ 1201(a)(1), 18 U.S.C.§ 2423(a) |

### RE-NOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY
**PRETRIAL CONFERENCE RESET FOR JUNE 25, 2025 AT 3:00 P.M.**

Take Notice that this criminal case has been reset for **TRIAL** on **JULY 28, 2025** at **8:30 A.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\* PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   February 25, 2025 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Daniel Wayne Callihan   **(CUSTODY)** | AUSA:   Jordan Ginsberg, Sarah Dawkins |
| <u>Counsel for defendant:</u><br>Claude Kelly, FPD | S/A Susan Corie White, FBI |
| Kerry P. Cuccia<br>3606 Canal Street<br>New Orleans, LA 70119<br>Email: kerryc@capitald.org | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| | **JUDGE** |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | **MAGISTRATE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:   NONE |