MINUTE ENTRY
AFRICK, J.
March 7, 2025
JS-10 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 25-01 |
| DANIEL WAYNE CALLIHAN | SECTION I |

### MINUTE ENTRY

On this day, the Court held a telephone status conference with counsel for defendant Daniel Wayne Callihan ("defendant") and counsel for the government participating. The Court and the parties discussed this Court's order that counsel provide the Court with its suggestion of who should perform an additional psychiatric examination of defendant. The parties informed the Court that they could not agree on a forensic psychiatrist to conduct the examination. However, the parties informed the Court that they each had a suggested forensic psychiatrist for the Court to consider. Accordingly,

**IT IS ORDERED** that a counsel shall provide the Court with the resumes of their suggested forensic psychiatrists by **Monday, March 10, 2025**.

New Orleans, Louisiana, March 7, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE