UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                           No. 25-01

DANIEL WAYNE CALLIHAN                                    SECTION I

# ORDER

On February 21, 2025, the Court held a hearing to determine defendant Daniel Callihan's ("Callihan") competency to proceed.[1] During the hearing, Callihan's medical expert Dr. Sarah DeLand testified as to her opinions concerning Callihan's competency and testified to her reports detailing those opinions. After hearing testimony from Dr. DeLand, the Court concluded that it could not find by a preponderance of the evidence that defendant is "presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."[2] *See* 18 U.S.C. § 4241. However, given Dr. DeLand's and defense counsel's concerns about further deterioration, the Court concluded that further medical evaluation is appropriate.[3]

The Court thereby ordered the parties to provide the Court with their suggestion of who should perform an additional psychiatric examination of Callihan

---

[1] R. Doc. No. 50.
[2] *Id.*
[3] *Id.*

by March 7, 2025.[4] The parties were unable to agree on a forensic psychiatrist,[5] and each party submitted the resumes of their respective choices to the Court. Having reviewed the parties suggestions and their resumes, the Court selects Rahn Kennedy Bailey, M.D. to conduct an additional examination as to Callihan's competency. Accordingly,

**IT IS HEREBY ORDERED** that Callihan is to be examined as to his mental condition, pursuant to 18 U.S.C. § 4241 (a), in order to determine his present competency. Said examination is to be conducted by Dr. Rahn Kennedy Bailey.

**IT IS FURTHER ORDERED** that Dr. Bailey shall provide a written report to the Court on or before **Monday, APRIL 14, 2025** and that said report shall include:

1. The defendant's history and present symptoms;
2. A description of the psychiatric, psychological, and medical tests that were employed and their results;
3. Dr. Bailey's findings; and
4. Dr. Bailey's opinions as to diagnosis, prognosis, and whether the defendant suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist properly in his defense;

**IT IS FURTHER ORDERED** that defense counsel and the government shall provide Dr. Bailey with all of Callihan's known medical records, including all records used by Dr. DeLand during her competency evaluation.

---

[4] *Id.*
[5] *See* R. Doc. No. 54.

**IT IS FURTHER ORDERED** defense counsel and the government shall provide Dr. Bailey with each of Dr. DeLand's reports regarding Callihan's competency.

The Court will provide a copy of the transcript of the competency hearing conducted on February 21, 2025 to Dr. Bailey.

New Orleans, Louisiana, March 13, 2025.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**