UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 25-01** |
| **DANIEL WAYNE CALLIHAN** | **SECTION I** |

## ORDER

Having received Dr. Bailey's report regarding defendant Daniel Wayne Callihan's competency to proceed,

**IT IS ORDERED** that a second competency hearing is set in this matter for **May 1, 2025 at 8:30 A.M**.

New Orleans, Louisiana, April 16, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**