MINUTE ENTRY
AFRICK, J.
MAY 1, 2025

JS10 - 00:22

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 25-1 |
| DANIEL WAYNE CALLIHAN | SECTION: I |

**COMPETENCY HEARING**

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Toni Tusa

APPEARANCES:     Jordan Ginsberg and Sarah Dawkins, Counsel for the government
                 Kerry Cuccia and Claude Kelly, Counsel for the defendant
                 Daniel Wayne Callihan, Defendant

Case called.
Rahn Kennedy Bailey, M.D., sworn and testified as an expert.
**ORDERED** that the report from Dr. Bailey be filed into the record **UNDER SEAL**.
Court finds that the defendant is presently not suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.
Defendant found to be competent to proceed in connection with this matter.
Defendant remanded to the custody of the U.S. Marshal.