MINUTE ENTRY
AFRICK, J.
June 25, 2025
JS-10 00:15

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 25-01** |
| **DANIEL WAYNE CALLIHAN** | **SECTION I** |

**MINUTE ENTRY**

On this date, the Court held a pretrial conference with counsel for defendant Daniel Wayne Callihan ("Callihan") and counsel for the government participating. The Court and the parties discussed the status of Callihan's case. The Court and the parties also discussed how to proceed, considering the fact that no decision has been reached by the U.S. Department of Justice with respect to whether the government will seek the death penalty and the government has not requested a continuance. Should defendant so request, the Court will schedule a rearraignment hearing. Pursuant to the discussion at the conference,

**IT IS ORDERED** that the trial in this matter shall proceed as scheduled.

New Orleans, Louisiana, June 26, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**
