UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 25-01 |
| DANIEL WAYNE CALLIHAN | SECTION I |

## ORDER

On this date, the Court received from counsel for defendant Daniel Wayne Callihan ("Callihan") and counsel for the government a joint request that a status conference be held to discuss the status of the above-captioned matter. Accordingly,

**IT IS ORDERED** that an in chambers status conference will be held on **JULY 22, 2025 at 3:00 P.M**.

New Orleans, Louisiana, July 16, 2025.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE