UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL ACTION

VERSUS                                             No. 25-01

DANIEL WAYNE CALLIHAN                              SECTION I

## ORDER

Before the Court is the government's unopposed motion[1] to continue the pretrial conference and trial in the above-captioned matter. The motion states that the defendant Daniel Wayne Callihan ("defendant") and the government have discussed resolution of this matter without the necessity of a trial.[2] The motion also states that "[d]ue to the complex, multi-jurisdictional nature of the matter, the parties will be unable to schedule a rearraignment before the date for which this matter is set for trial."[3] As a result, the parties request a brief continuance of no more than thirty days, as "is necessary to facilitate a plea."[4]

Accordingly, the Court finds that the ends of justice are served by a continuance of the above-captioned matter and that those interests outweigh the best interests of the defendant and the public in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). In particular, the Court finds that a continuance will ensure that the parties have "reasonable time necessary for effective preparation" in this matter. *Id.*

---

[1] R. Doc. No. 65.
[2] *Id.* at 2.
[3] *Id.*
[4] *Id.*

§ 3161(h)(7)(B)(iv). The period of delay resulting from the granting of this continuance shall be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161. Having so concluded,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the pretrial conference is continued to **AUGUST 6, 2025** at **4:00 P.M**. and trial is continued to **AUGUST 25, 2025 at 8:30 A.M.**

New Orleans, Louisiana, July 24, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**