FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025JUL25 PM01:17
CAROL L. MICHEL, CLERK

# FELONY

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

### SUPERSEDING INDICTMENT FOR KIDNAPPING RESULTING IN DEATH AND TRANSPORTATION OF MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITIY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-01** |
| v. | * | **SECTION: "I"** |
| **DANIEL WAYNE CALLIHAN** | * | **VIOLATIONS:** 18 U.S.C. § 1201(a)(1) |
| | | 18 U.S.C. § 2423(a) |

The Grand Jury charges that:

### COUNT 1
### (Kidnapping Resulting in Death)

On or about June 13, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **DANIEL WAYNE CALLIHAN**, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise Minor Victim 1, who was four years old at the time of the offense, and Minor Victim 2, who was six years old at the time of the offense, from Loranger, Louisiana, which resulted in the deaths of Minor Victim 1 and

Adult Victim 1, and, in committing and in furtherance of the commission of the offense, did willfully transport Minor Victim 1 and Minor Victim 2 in interstate commerce from the State of Louisiana to the State of Mississippi, and used a means, facility, and instrumentality of interstate or foreign commerce, namely a 2012 Chrysler 200 bearing Louisiana license plate number 859GML, in violation of Title 18, United States Code, Sections 1201(a)(1).

## COUNT 2
### (Transportation of Minor With Intent to Engage in Criminal Sexual Activity)

Beginning on or about June 13, 2024, and continuing until on or about June 14, 2024, in the Eastern District of Louisiana, and elsewhere, the defendant, **DANIEL WAYNE CALLIHAN**, did knowingly transport an individual who had not attained the age of 18 years in interstate and foreign commerce, namely transporting Minor Victim 2 from the State of Louisiana to the State of Mississippi, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely violations of criminal laws of the State of Louisiana, including La. Rev. Stat. 14.81 and La Rev. Stat. 14:43.1, and the State of Mississippi, including Miss. Code § 97-3-95 and Miss. Code § 97-5-23.

All in violation of Title 18, United States Code, Section 2423(a).

## NOTICE OF SPECIAL FINDINGS

1.  The Grand Jury incorporates by reference and realleges the allegations contained in Count 1 of this Superseding Indictment and makes the following special findings:

2.  As to Count 1,

    a.  The defendant, **DANIEL WAYNE CALLIHAN (CALLIHAN)**, was 18 years of age or older at the time of the offense;

    b.  **CALLIHAN** intentionally killed Minor Victim 1 (18 U.S.C. § 3591(a)(2)(A));

2

c. **CALLIHAN** intentionally killed Adult Victim 1 (18 U.S.C. § 3591(a)(2)(A));

d. **CALLIHAN** intentionally inflicted serious bodily injury that resulted in the death of Minor Victim 1 (18 U.S.C. § 3591(a)(2)(B));

e. **CALLIHAN** intentionally inflicted serious bodily injury that resulted in the death of Adult Victim 1 (18 U.S.C. § 3591(a)(2)(B));

f. **CALLIHAN** intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Minor Victim 1 died as a direct result of such acts (18 U.S.C. § 3591(a)(2)(C));

g. **CALLIHAN** intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Adult Victim 1 died as a direct result of such acts (18 U.S.C. § 3591(a)(2)(C));

h. **CALLIHAN** intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Minor Victim 1 died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(D));

i. **CALLIHAN** intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Adult Victim 1 died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(D));

j. the death of Minor Victim 1 occurred during the commission of an offense under section 1201 (kidnapping) (18 U.S.C. § 3592(c)(1));

k. the death of Adult Victim 1 occurred during the commission of an offense under section 1201 (kidnapping) (18 U.S.C. § 3592(c)(1));

l. **CALLIHAN** knowingly created a grave risk of death to one or more persons in addition to the victim of the offense in the commission of the offense or in escaping apprehension for the violation of the offense (18 U.S.C. § 3592(c)(5));

m. **CALLIHAN** committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to Minor Victim 1 (18 U.S.C. § 3592(c)(6));

n. **CALLIHAN** committed the offense in an especially heinous, cruel, or depraved manner in that it involved torture or serious physical abuse to Adult Victim 1 (18 U.S.C. § 3592(c)(6));

o. **CALLIHAN** committed the offense after substantial planning and premeditation to cause the death of Minor Victim 1 (18 U.S.C. § 3592(c)(9));

      p.     **CALLIHAN** committed the offense after substantial planning and premeditation to cause the death of Adult Victim 1 (18 U.S.C. § 3592(c)(9));

      q.     the victim, Minor Victim 1, was particularly vulnerable due to Minor Victim 1's youth (18 U.S.C. § 3592(c)(11));

      r.     **CALLIHAN** intentionally killed or attempted to kill more than one person in a single criminal episode (18 U.S.C. § 3592(c)(16)).

## **NOTICE OF FORFEITURE**

1. The allegations of Counts 1 and 2 of this Superseding Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **DANIEL WAYNE CALLIHAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, constituting or derived from, any proceeds the defendant obtained, directly or indirectly as a result of the said offense.

3. As a result of the offense alleged in Count 2, the defendant, **DANIEL WAYNE CALLIHAN**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) any and all property, constituting or derived from, any proceeds the defendant obtained, directly or indirectly as a result of the said offense; and pursuant to Title 18, United States Code, Section 2428(a)(1), any and all property, used or intended to be used, in any manner or part, to commit and to facilitate the commission of the offense.

4. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

███████████
_____
FOREPERSON

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

_____
JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

_____
SARAH DAWKINS
Assistant United States Attorney
Louisiana Bar No. 34509

New Orleans, Louisiana
July 25, 2025

6

FORM OBD-34

No. 25-01 "T"

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## DANIEL WAYNE CALLIHAN

**SUPERSEDING INDICTMENT FOR KIDNAPPING RESULTING IN DEATH AND TRANSPORTATION OF MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY**

VIOLATIONS:   18 U.S.C. § 1201(a)(1)
              18 U.S.C. § 2423(a)

_____
Foreperson

A true bill.

Filed in open court this _____ day of _____ A.D. 2025.

_____
Clerk

Bail, $ _____

_____
JORDAN GINSBERG
Assistant United States Attorney