UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 25-001 |
| v. | * | SECTION: "I" |
| DANIEL WAYNE CALLIHAN | * | |

\* \* \*

## FACTUAL BASIS

The defendant, **DANIEL WAYNE CALLIHAN** ("**CALLIHAN**"), has agreed to plead guilty as charged to Counts One and Two of the Superseding Indictment. Count One charges the defendant with kidnapping resulting in death, in violation of Title 18, United States Code, Section 1201(a). Count Two charges the defendant with transportation of a minor with the intent to engage in criminal sexual activity, in violation of Title 18, United States Code, Section 2423(a). Should this matter proceed to trial, both the Government and the defendant, **DANIEL WAYNE CALLIHAN**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crimes to which the defendant is pleading guilty. The Government and the defendant further stipulate that the Government would have proven, through the introduction of competent testimony and admissible, tangible exhibits, the following facts, all of which occurred within the Eastern District of Louisiana and the Southern District of Mississippi, beyond a reasonable doubt, to support the allegations in the Superseding Indictment now pending against the defendant:

On the night of June 11, 2024, and into the early morning hours of June 12, 2024, **CALLIHAN** was present at the residence of Adult Victim 1 in Loranger, Louisiana, within the Eastern District of Louisiana. Also present in the residence were Adult Victim 1's two minor

AUSA ___
Defendant ___
Defense Counsel ___

children, a four-year-old female ("Minor Victim 1") and a six-year-old female ("Minor Victim 2"). Inside the home, **CALLIHAN** stabbed Adult Victim 1 to death using a knife that was later recovered at the scene. **CALLIHAN** stabbed Adult Victim 1 more than fifty times while she was inside her home with her children. After killing Adult Victim 1, **CALLIHAN** took Adult Victim 1's vehicle, a 2012 Chrysler 200 with Louisiana license plate 859GML, and transported Adult Victim 1's children, Minor Victim 1 and Minor Victim 2, across state lines to Mississippi. Surveillance footage from McComb, Mississippi, captured **CALLIHAN** with the vehicle on June 12, 2024, with Minor Victim 1 and Minor Victim 2 inside. At no time during the events described herein was **CALLIHAN** a relative of, or did he have legal custody of, Minor Victim 1 and Minor Victim 2.

The Government would further prove, through the introduction of forensic and digital evidence, eyewitness testimony, and the testimony of medical professionals that on or about June 12, 2024, **CALLIHAN** travelled from McComb, Mississippi, to Amite, Louisiana, within the Eastern District of Louisiana, in Adult Victim 1's vehicle for the purpose of picking up Co-Conspirator 1. Minor Victim 1 and Minor Victim 2 were present in the vehicle. Once in Amite, **CALLIHAN** connected with Co-Conspirator 1. **CALLIHAN** and Co-Conspirator 1 then drove Minor Victim 1 and Minor Victim 2 in the vehicle **CALLIHAN** stole from Adult Victim 1 to a residence located at 3950 Boozier Drive, Jackson, Mississippi. On either the evening of June 12, 2024, or early on June 13, 2024, while in and around the Boozier Drive residence, **CALLIHAN** and Co-Conspirator 1 engaged in criminal sexual activity, namely sexual battery, with Minor Victim 2. Thereafter, on June 13, 2024, **CALLIHAN** purposely, and not accidentally, suffocated

2

AUSA _JG_
Defendant _OLC_
Defense Counsel _[signature]_

Minor Victim 1 to death by holding Minor Victim 1 closely against his chest while at or around the Boozier Drive property.

On or about the morning of June 13, 2024, a relative of Adult Victim 1 discovered Adult Victim 1's body inside her residence, realized Minor Victim 1 and Minor Victim 2 were missing, and contacted law enforcement authorities. Thereafter, federal, state, and local law enforcement authorities commenced an investigation. During the ensuing investigation, through license plate readers and other investigative means, authorities determined **CALLIHAN** was located on Terry Road, in Jackson, Mississippi. Adult Victim 1's stolen vehicle was located nearby, at 3950 Boozier Drive, Jackson, Mississippi. A search of the Boozier Drive property on or about June 13, 2024, led to the discovery of a pit on the property. In that pit, law enforcement officers discovered Minor Victim 1 and Minor Victim 2. Minor Victim 1 was deceased.

The Government would further establish, through the introduction of eyewitness testimony and forensic evidence, sufficient facts to prove that at the time **CALLIHAN** transported Minor Victim 1 and Minor Victim 2 from Louisiana to Mississippi, he intended that Minor Victim 2 would engage in sexual activity for which any person can be charged with a criminal offense. Among the evidence the Government would introduce to establish **CALLIHAN's** intent is the testimony of Co-Conspirator 1. Co-Conspirator 1 would testify that **CALLIHAN** made multiple admissions circumstantially and directly regarding his interests and intent to engage in criminal sexual activity, including sexual battery, with Minor Victim 2 prior to transporting Minor Victim 1 and Minor Victim 2 from Louisiana to Mississippi on or about June 12, 2024. Co-Conspirator 1 would further testify, consistent with Co-Conspirator 1's prior

AUSA _JG_
Defendant _PwC_
Defense Counsel _XPC_

statements to law enforcement, that **CALLIHAN** caused Minor Victim 2 to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), with Co-Conspirator 1.

After being taken into custody and advised of *Miranda* rights, on or about June 13, 2024, **CALLIHAN** admitted to stabbing Adult Victim 1 to death. **CALLIHAN** further admitted to kidnapping both Minor Victim 1 and Minor Victim 2 in Adult Victim 1's vehicle. **CALLIHAN** admitted that he and Co-Conspirator 1 transported Minor Victim 1 and Minor Victim 2 to Mississippi in Adult Victim 1's vehicle. **CALLIHAN** admitted to killing Minor Victim 1 by suffocation. **CALLIHAN** admitted that he and Co-Conspirator 1 did in fact commit sexual battery on Minor Victim 2. **CALLIHAN's** admission that he and Co-Conspirator 1 committed sexual battery on Minor Victim 2 was corroborated in a voluntary, post-*Miranda* statement Co-Conspirator 1 made to law enforcement authorities.

**CALLIHAN** admits that he seized, confined, inveigled, decoyed, kidnapped, abducted, carried away and held Minor Victims 1 and 2 for ransom or reward or otherwise. **CALLIHAN** admits that in the course of that kidnapping he killed both Adult Victim 1 and Minor Victim 1.

**CALLIHAN** further admits that the Government would introduce sufficient evidence to establish that he transported Minor Victim 2 in interstate commerce from Louisiana to Mississippi with intent to engage in criminal sexual activity with Minor Victim 2. **CALLIHAN** further admits that he did engage in such criminal sexual activity by committing sexual battery on Minor Victim 2. **CALLIHAN's** conduct would be in violation of Chapter 109A had the sexual act occurred in the special maritime and territorial jurisdiction of the United States and, hence, constitutes "sexual activity fort which any person can be charged with a criminal offense," in

4

AUSA J G
Defendant PCJC
Defense Counsel

accordance with Title 18, United States Code, Section 2423(a). Moreover, **CALLIHAN's** conduct would violate numerous criminal laws of the State of Louisiana, including La. Rev. Stat. 14.81 and La Rev. Stat. 43.1, and the State of Mississippi, including Miss. Code § 97-3-95 and Miss. Code § 97-5-23.

This proffer of evidence is not intended to constitute a complete statement of all facts known to the Government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this factual basis is to satisfy the Court that there is a sufficient basis in fact for **CALLIHAN's** guilty plea.

**READ AND APPROVED:**

_____          8-6-25
JORDAN GINSBERG                       Date
Assistant United States Attorney

_____          8/6/25
SARAH DAWKINS                         Date
Assistant United States Attorney

_____          8-6-2025
KERRY CUCCIA                          Date
Counsel for Defendant

_____          08-06-2025
DANIEL WAYNE CALLIHAN                 Date
Defendant