MINUTE ENTRY
AFRICK, J.
November 13, 2025
JS-10 00:17

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 25-01** |
| **DANIEL WAYNE CALLIHAN** | **SECTION I** |

**MINUTE ENTRY**

On this date, the Court held a telephone status conference with counsel for defendant Daniel Wayne Callihan ("defendant") and counsel for the government participating. The Court and the parties discussed defendant's objections to the draft presentence report. After the conference, the Court was informed by counsel for defendant that he seeks to withdraw the two objections based on his "review of the final Presentence Report and recognition of the applicable guidelines." Accordingly, the Court recognizes defendant's objections as withdrawn.

New Orleans, Louisiana, November 13, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**
